■ FEDERAL PACIFIC ELECTRIC COMPANY, Plaintiff, v. FISCHBACH & MOORE, INCORPORATED, Respondent, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Order entered December 17, 1965, denying two motions made by defendant Consolidated Edison Co., Inc., to vacate written interrogatories served by the defendant Fischbach & Moore, Inc., unanimously modified on the law, on the facts, and in the exercise of discretion to the extent of striking interrogatories Numbered 5, 8 and 11, and as so modified the order is affirmed, without costs or disbursements to either party. On this appeal, the respondent Fischbach & Moore, Inc., conceded, at least for the purpose of the appeal, that interrogatory 11 is improper and requested "that the same be deemed withdrawn" and, accordingly, such interrogatory is stricken. Interrogatories 5 and 8 call upon defendant Edison to state, in essence, the contents of employees' reports to it concerning inspection of certain transformers. In

effect, the interrogatories call for a general discovery of the reports themselves without satisfying CPLR 3120 and the rules laid down in *Rios* v. *Donovan* (21 A D 2d 409). Accordingly, interrogatories Numbered 5 and 8 are stricken. Concur — Botein, P. J., Breitel, Rabin and Eager, JJ.